**FILED**

AUG 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# E-filing

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Manuel Torres Tamayo Jr.,
   Plaintiff,

vs.

Mike Evans (CDW),
   Defendant.

CASE NO. CV 08 3768 PJH (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Manuel Torres Tamayo Jr., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: NA                            Net: NA

Employer: NA

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  San Diego blood bank San Diego, Ca 92102
5  10 $^{51}$ an hour
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9    a.   Business, Profession or                           Yes ___ No ✓
10        self employment
11   b.   Income from stocks, bonds,                        Yes ✓ No ___
12        or royalties?
13   c.   Rent payments?                                     Yes ___ No ✓
14   d.   Pensions, annuities, or                            Yes ___ No ✓
15        life insurance payments?
16   e.   Federal or State welfare payments,                 Yes ___ No ✓
17        Social Security or other govern-
18        ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 Grandmother $50$^{00}$ every one to two months.
22 _____

23 3.   Are you married?                                     Yes ___ No ✓
24 Spouse's Full Name: NA
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ NA                 Net $ NA
28 4.   a.   List amount you contribute to your spouse's support:$ NA

APP. TO PROC. IN FORMA PAUPERIS                    - 2 -

1  b.   List the persons other than your spouse who are dependent upon you for
2       support and indicate how much you contribute toward their support. (NOTE:
3       For minor children, list only their initials and ages. DO NOT INCLUDE
4       THEIR NAMES.).
5       NA

7  5.   Do you own or are you buying a home?      Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile?                Yes ✓ and No ✓ Repoed
10 Make Toyota     Year 1999     Model Corolla
11 Is it financed? Yes ✓ No ___ If so, Total due: $ 2,500
12 Monthly Payment: $ 299
13 7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
14 Name(s) and address(es) of bank: Bank of America San Ysidro blvd.
15 San Ysidro, Ca 92173 - Trying to close account
16 Present balance(s): $ 0
17 Do you own any cash? Yes ___ No ✓ Amount: $ NA
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20
21 8.   What are your monthly expenses?
22 Rent: $ NA                           Utilities: _____
23 Food: $ _____                   Clothing: _____
24 Charge Accounts:
25 Name of Account         Monthly Payment         Total Owed on This Acct.
26 NA                      $                       $
27                         $                       $
28                         $                       $

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  ① Cingular Wireless, San Diego $300°° or so, ② AT&T phone company San Diego $300
   Areazip 91945 or 91932
4  ③ Blockbuster Video Palm Ave San Diego, ④ Mile of cars Toyota San Diego $2500
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ✓  No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
   Both:
9  U.S. United States Eastern District Court of California.
   ① Manuel Tamayo Torres Jr. vs. Martin Snyder # 1:08-cv-00428-AWI-GSA (PC)
10 ② Manuel Tamayo Torres Jr. vs. Mike Evans (CDW) # 1:08-cv-00748-SMS (PC)
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  ___7-31-08___           ___Manuel Tamayo Torres Jr.___
17      DATE                     SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____                          _____
                                          [Authorized officer of the institution]