Manuel Tamayo Torres Jr.
V12118 - AS-142
Salinas Valley State Prison
Po box 1050
Soledad, Ca 93960
8-12-08

**FILED**

RECEIVED
08 AUG 14 PM 2:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AUG 14 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Court of the United States district
Northern Court of California

Manuel Tamayo Torres Jr.,
 Plaintiff.
vs.
Mike Evans (CDW),
 Defendant(s)

Case No. CV-08-3768 -PJH
(PR)

Complaint under the civil rights act.
Title 42 U.S.C § 1983

1. To the Clerk of the court:

I've filed three times already I am a U.S. citizen, I've filed three times by the rules of the Northern district court. Three times I get the same story I will not pay for something that is not filed. I've mailed my originals with my In Forma Pauperis plus two extra copies. I've complied with the $500 filing fee charge. I've done everything by the books and the clerks response is always one thing or another. I see this time it was returned because you didn't recieve my prisoner's trust account statement showing my transactions for the last six months. I've submitted every necessary this is interfering with my civil rights and it's becoming a civil disorder putting my life in greater danger. I'm having racial conflicts with the Mexican staff and other races I'm white I got my birthcertificate in my locker and the counselors still chose to hold me to Mexicans today was my release day to go home, due to the racial conflicts I'll be here another nine months or so I will file when I get out, if you really didn't get my copy showing my transactions that tells you something yet the $5.00 money order paid it.

Something must be done of this as soon as possible the psychologist want to shoot drugs in me with needles I was told I could die at any moment but I won't I'll be out soon, I just can't pay the $350.00 you order after 30 days. For nothing I will not pay those $350.00 I ask that my civil complaint be filed now or dropped I can't keep on waisting money on the law library my money has gone missing I'm being robbed but it will not be let go. I ask that this be reviewed I did file for In Forma Pauperis I wait on some kind of response and justice. You always mail a copy back a §1983 and In Forma Pauperis.

8-12-08                                          Manuel Tamayo Torres Jr.



Manuel Tamayo Torres Jr.
#V12118 - A5-142
Salinas Valley State Prison
P.O. Box-1050
Soledad, Ca 93960

STATE PRISON
GENERATED MAIL

Clerk of U.S. Northern district court
450 Golden Gate Avenue - Box 36060
San Francisco, Ca 94102

