UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL TORRES TAMAYO, JR., | No. C 08-3768 PJH (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MIKE EVANS, | |
| Defendant. | |

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED.**

Dated: August 22, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.08\TORRES,T3768.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL TORRES TAMAYO JR,<br><br>          Plaintiff,<br><br>   v.<br><br>MIKE EVANS et al,<br><br>          Defendant.<br>_____/ | Case Number: CV08-03768 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manuel Tamayo Torres V-12118
Salinas Valley State Prison
A5-142
P.O. Box 1050
Soledad, CA 93960

Dated: August 22, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk